```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 31812
   KEITH A DOYLE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8635

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/12/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
EVERHOME MORTGAGE         CURRENT MORTG          .00            .00            .00
EVERHOME MORTGAGE         MORTGAGE ARRE     23340.09            .00       23340.09
DISCOVER FINANCIAL SERVI  UNSECURED          2922.43            .00        2922.43
HOUSEHOLD BEST BUY        UNSECURED         NOT FILED           .00            .00
LIMITS DEPOT FED CREDIT   UNSECURED         NOT FILED           .00            .00
AFNI                      UNSECURED          1186.32            .00        1186.32
WORLD FINANCIAL NETWORK   UNSECURED           828.04            .00         828.04
ROUNDUP FUNDING LLC       UNSECURED          1591.87            .00        1591.87
COHEN & KROL              DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                         1,943.70
DEBTOR REFUND             REFUND                                          1,855.55

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 33,668.00

PRIORITY                                          .00
SECURED                                     23,340.09
UNSECURED                                    6,528.66
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         1,943.70
DEBTOR REFUND                                1,855.55
                      --------------      --------------
TOTALS                  33,668.00           33,668.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 31812 KEITH A DOYLE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/24/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 31812 KEITH A DOYLE